Northeast Alumni Building and Loan Association, Appellant, *v.* Schreiber.

Argued January 6, 1960. Before JONES, C. J., BELL, MUSMANNO, JONES, COHEN, BOK and EAGEN, JJ.

*A. Walling Levin,* for appellant.

*Joseph W. Marshall, Jr.,* with him *Duane, Morris & Heckscher,* for appellee.

OPINION PER CURIAM, March 15, 1960:

The final decree entered in this case is affirmed on the adjudication filed by Judge GUERIN of the Court of Common Pleas No. 4 of Philadelphia County, published in 20 Pa. D. & C. 2d 101, at appellant's cost.